UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN BROWN, : | |
| : | CIVIL ACTION NO. 1:22-0325 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| WARDEN J. SAGE, : | |
| Respondent : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 29, 2022
22-0325-01-ORDER